WAYNE A. SILVER, Esq. (108135)
333 West El Camino Real, Suite 310
Sunnyvale, California 94807
Tel. (408) 720-7007
Fax. (408) 720-7001
Email: w_silver@sbcglobal.net

Attorney for Defendants,
RAISCH COMPANY and A.J. RAISCH PAVING CO.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PENSION TRUST FUND FOR OPERATING ENGINEERS; F.G. CROSTHWAITE and RUSSELL E. BURNS, as Trustees,<br><br>Plaintiffs,<br><br>vs.<br><br>RAISCH COMPANY, et al.,<br><br>Defendants. | Case No.: CV11-1250-CRB<br><br>**STIPULATION TO SET ASIDE CLERK'S DEFAULT AGAINST RAISCH COMPANY AND A. J. RAISCH PAVING COMPANY**<br><br>[PROPOSED ORDER] |

COME NOW, Plaintiffs PENSION TRUST FUND FOR OPERATING ENGINEERS; F.G. CROSTHWAITE and RUSSELL E. BURNS, as Trustees ("Plaintiffs"), and Defendants RAISCH COMPANY, a California corporation and A. J. RAISCH PAVING COMPANY, a California corporation ("Defendants"), and hereby stipulate and agree as follows:

1. Plaintiffs obtained a Clerk's default against all named defendants on May 9, 2011.

2. Defendants answered Plaintiffs' Complaint on May 10, 2011.

Plaintiffs and Defendants hereby stipulate and agree to set aside the Clerk's Default as to Defendants RAISCH COMPANY, a California corporation and A. J. RAISCH PAVING COMPANY, a California corporation only. Plaintiffs reserve all rights, claims and remedies against all defendants, including but not limited to their right to object to the defenses on the basis that they may have been waived since the Answer was untimely.

Page - 1

Stipulation To Set Aside Clerk's Default Against Raisch Company And A. J. Raisch Paving Company

| | | |
|---|---|---|
| Dated: June 11, 2011 | | /s/ Wayne A. Silver |
| | | Wayne A. Silver, attorney for Defendants RAISCH COMPANY and A.J. RAISCH PAVING CO. |
| Dated: June__, 2010 | | SALTZMAN & JOHNSON |
| | | By:/s/ Shaamini Babu |
| | | Shaamini Babu, attorney for Plaintiffs, PENSION TRUST FUND FOR OPERATING ENGINEERS; F.G. CROSTHWAITE and RUSSELL E. BURNS, as Trustees |

**ORDER**

Good cause appearing, the Stipulation is approved and the Clerk's default against Defendants RAISCH COMPANY and A.J. RAISCH PAVING CO. is hereby vacated.

Dated: June 14 2011

_____
U.S. District Court Judge

IT IS SO ORDERED
Judge Charles R. Breyer